**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MAHESH BISWA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI LEWISBURG, *et al.*,<br><br>Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 1:26-CV-01443<br><br><br><br><br><br><br><br>Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 10th day of August, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED THAT** the petition for writ of habeas corpus, Doc. 1, is **DENIED**. The Clerk of Court shall close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania